FILED
JAN - 6 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JEREMY K. SMITH, SERGIO ALTER,
DAVID ROBERTSON, DEVELL CURRY,
LISA NEIPERT, BAYLEIGH HARTMAN,
MICHELLE WILLIAMS,
PATRICIA HOXSEY
(full name) (Register No.)
Plaintiff(s).

Case No. 17-6-JPG

v.

BOND COUNTY JAIL,
(Full name)
JEFF BROWN - BOND COUNTY SHERIFF
Defendant(s).

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
_X_ Both

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): BOND COUNTY JAIL 403 SOUTH 2ND STREET GREENVILLE, IL 62246

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff JEREMY K. SMITH  Register No. N/A
   Address 403 SOUTH 2ND STREET
   GREENVILLE, IL 62246

B. Defendant JEFF BROWN
   Is employed as SHERIFF - BOND COUNTY ILLINOIS
   403 SOUTH 2ND STREET GREENVILLE, IL 62246

For additional plaintiffs or defendants, provide above information in same format on a separate page.

DEFENDANT - a) BOND COUNTY JAIL
403 SOUTH 2ND STREET
GREENVILLE, IL 62246

1

III.  Do your claims involve medical treatment?   Yes ✓   No ____  (EACH PLAINTIFF NEEDS MEDICAL ATTENTION)

IV.  Do you request a jury trial?   Yes ✓   No ____

V.  Do you request money damages?   Yes ✓   No ____

State the amount claimed?   $5,000,000 $5,000,000 (actual/punitive) (PER PLAINTIFF)

VI.  Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ____

VII.  Grievance procedures:

A. Does your institution have an administrative or grievance procedure?   Yes ✓   No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ____   No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____
_____
_____

D. If you have not filed a grievance, state the reasons.
GRIEVANCES "WERE REQUESTED" BUT REFUSED BY JAIL OFFICIALS AND THE NATURE OF THE CASE BEING EXTENSIVE MOLD SPORE GROWTH ENDANGERING INMATES LIVES, THIS COURTS IMMEDIATE ATTENTION IS REQUIRED.

VIII.  Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes ____   No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes ____   No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
            (Plaintiff)              (Defendant)
(2) Date filed: _____

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
   (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
   (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

SHERIFF JEFF BROWN AND THE BOND COUNTY JAIL ARE RESPONSIBLE FOR THE SAFETY AND WELL BEING OF EACH AND EVERY INMATE IN CUSTODY. BLACK MOLD IS HEAVILY GROWING IN THE "BULLPEN" AND "LIVING AREAS" OF THE FEMALE PLAINTIFFS, REQUESTS FOR GRIEVANCES WERE DENIED BY JAIL OFFICIALS, INMATES HAVE HAD TO ENDURE BREATHING THE BLACK MOLD FOR MONTHS SOME UP TO (6) SIX MONTHS WITH SNEEZING, COUGHING, HEADACHES, NAUSEA, AND SEVERE STOMACH CRAMPS AND DIARHEA.

B. State briefly your legal theory or cite appropriate authority:

INMATES LIVING IN BLACK MOLD IS DANGEROUS TO THEIR LIVES, NEGLIGENCE BY THE DEFENDANTS AND MALFEASANCE BY THE DEFENDANTS IS SUFFICIENT CAUSE TO CLOSE THE BOND COUNTY JAIL GIVE EACH PLAINTIFF MEDICAL TREATMENT/INSURANCE COVERAGE FOR LIFE AND COMPENSATE EACH PLAINTIFF $5,000,000.00 ACTUAL & PUNITIVE DAMAGES FOR THEIR SAFETY & HEALTH BEING PLACED IN JEOPARDY FOR BEING FORCED TO LIVE IN "BLACK MOLD".

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
1) $5,000,000.00 PER PLAINTIFF ACTUAL & PUNITIVE $10,000,000.00 TOTAL
2) PROVIDE EACH PLAINTIFF WITH LIFETIME MEDICAL
3) CLOSE THE BOND COUNTY JAIL

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes____   No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?   Yes____   No ✓

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 30th day of DECEMBER 20 16

Signature(s) of Plaintiff(s):

(LISA NEIPERT)
(BAYLEIGH HARTMAN)
(MICHELLE WILLIAMS)
(PATRICIA HOXSEY)

(JEREMY K. SMITH)
(SERGIO SALTER)
(DAVID ROBERTSON)
(DEVELL CURRY)

4

MAIL CLERK
US MARSHALS

CLERK,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
P.O. Box 249
EAST ST. LOUIS, ILLINOIS
62202

JEREMY K. SMITH
403 SOUTH 2ND STREET
GREENUP, ILLINOIS
62428

LEGAL MAIL

This Correspondence is from the

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL